IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT M. LANDO and MELISSA M. LANDO | § § § § § § | |
| v. U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank, N.A., as Trustee for MLMI 2005-A8 | § § § § § § § § | CIVIL ACTION NO.   1:19-cv-1019 |

## AFFIDAVIT OF SCOTT LANDO

**STATE OF TEXAS**          §
                                         §
**COUNTY OF** Williamson  §

    BEFORE ME, the undersigned Notary Public, on this day personally appeared, Scott Lando owner of the real property located at 709 Settlement St. Cedar Park Texas and after being sworn, stated under oath that he is the Plaintiff in this action; that he has read the above Original Petition that every statement contained in the Petition is within his personal knowledge and is true and correct.

_____
Scott Lando

    SUBSCRIBED AND SWORN TO BEFORE ME on the 18th day of October 2019, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

[Notary Seal: PATRICK HIGLEY, NOTARY PUBLIC, STATE OF TEXAS, ID# 129825411, EXPIRES 5-20-2022]