Civil Case NO. 1:19-cv-1019

# EXHIBIT A

### WILLIAMSON CENTRAL APPRAISAL DISTRICT

| Property | Owner | Property Address | 2019 Market Value |
|---|---|---|---|
| R399126 | LANDO, SCOTT M & MELISSA M | 709 SETTLEMENT ST, CEDAR PARK, TX 78613 | $291,080 |

#### 2020 GENERAL INFORMATION

| | |
|---|---|
| Property Status | Active |
| Property Type | Residential |
| Legal Description | S7331 - Quest Village Sec 8, BLOCK E, Lot 26 |
| Neighborhood | L510599G - Quest Village - All Sections |
| Account | R-17-W339-608E-0026-0008 |
| Map Number | 4-5028 |

#### 2020 OWNER INFORMATION

| | |
|---|---|
| Owner Name | LANDO, SCOTT M & MELISSA M |
| Owner ID | O514677 |
| Exemptions | Homestead |
| Percent Ownership | 100% |
| Mailing Address | 709 SETTLEMENT ST CEDAR PARK, TX 78613-7197 |
| Agent | - |

#### 2019 VALUE INFORMATION

| | |
|---|---|
| Improvement Homesite Value | $237,888 |
| Improvement Non-Homesite Value | $0 |
| Total Improvement Market Value | $237,888 |
| Land Homesite Value | $53,192 |
| Land Non-Homesite Value | $0 |
| Land Agricultural Market Value | $0 |
| Total Land Market Value | $53,192 |
| Total Market Value | $291,080 |
| Agricultural Use | $0 |
| Total Appraised Value | $291,080 |
| Homestead Cap Loss | -$0 |
| Total Assessed Value | $291,080 |

#### 2019 ENTITIES & EXEMPTIONS

| TAXING ENTITY | EXEMPTIONS | EXEMPTIONS AMOUNT | TAXABLE VALUE | TAX RATE PER 100 | TAX CEILING |
|---|---|---|---|---|---|
| CAD- Williamson CAD | | $0 | $291,080 | 0 | 0 |
| CCP- City of Cedar Park | HS | $5,000 | $286,080 | 0.447 | 0 |
| GWI- Williamson CO | | $0 | $291,080 | 0.418719 | 0 |
| J01- Aus Comm Coll | HS | $5,000 | $286,080 | 0.1049 | 0 |
| RFM- Wmsn CO FM/RD | HS | $3,000 | $288,080 | 0.04 | 0 |
| SLE- Leander ISD | HS | $25,000 | $266,080 | 1.4375 | 0 |
| W09- Upper Brushy Creek WCID | HS | $5,000 | $286,080 | 0.02 | 0 |
| TOTALS | | | | 2.468119 | |

Improvement square footage on this page is NOT representative of leasable area utilized for income valuation of commercial properties. For that data please contact our office.

#### 2019 IMPROVEMENTS

⌄ Expand/Collapse All

| Improvement #1 | State Code | Homesite | Total Main Area (Exterior Measured) | Market Value |
|---|---|---|---|---|
| - | A1 - Residential Single Family | Yes | 2,360 Sq. Ft | $237,888 |

| RECORD | TYPE | YEAR BUILT | SQ. FT | VALUE | ADD'L INFO |
|---|---|---|---|---|---|
| 1 | Main Area | 2000 | 1,109 | $99,593 | ⌄ Details |
| 2 | Second Floor | 2000 | 1,251 | $112,345 | ⌄ Details |
| 3 | Garage | 2000 | 380 | $17,063 | ⌄ Details |
| 4 | Open Porch | 2000 | 189 | $4,221 | ⌄ Details |
| 5 | Open Porch | 2000 | 100 | $2,245 | ⌄ Details |
| 6 | Fireplace | 2000 | 1 | $2,421 | ⌄ Details |

## 2019 LAND SEGMENTS

| LAND SEGMENT TYPE | STATE CODE | HOMESITE | MARKET VALUE | AG USE | LAND SIZE |
|---|---|---|---|---|---|
| 1 - Residential | A1 - Residential Single Family | Yes | $53,192 | $0 | - |

## VALUE HISTORY

| YEAR | IMPROVEMENT | LAND | MARKET | AG MARKET | AG USE | APPRAISED | HS CAP LOSS | ASSESSED |
|---|---|---|---|---|---|---|---|---|
| 2018 | $220,001 | $53,192 | $273,193 | $0 | $0 | $273,193 | $0 | $273,193 |
| 2017 | $220,492 | $48,800 | $269,292 | $0 | $0 | $269,292 | $12,627 | $256,665 |
| 2016 | $202,390 | $48,800 | $251,190 | $0 | $0 | $251,190 | $17,858 | $233,332 |
| 2015 | $189,621 | $38,800 | $228,421 | $0 | $0 | $228,421 | $16,301 | $212,120 |
| 2014 | $177,978 | $31,800 | $209,778 | $0 | $0 | $209,778 | $16,942 | $192,836 |

## SALES HISTORY

| DEED DATE | SELLER | BUYER | INSTR # | VOLUME/PAGE |
|---|---|---|---|---|
| 1/26/2001 | CONTINENTAL HOMES OF TEXAS LP | LANDO, SCOTT M & MELISSA M | - | 2001/006844 |