Civil Case No. 1:19-cv-1019

# EXHIBIT B

## Williamson County Appraisal District

510 W 9th St.
Georgetown, TX 78626 - 5510
(512) 930-3787 (512) 352-8542

Date: April 22, 2005
Protest Deadline: May 31, 2005
Website: www.wcad.org

Quick Ref ID: R399126   PID Number: R-17-W339-608E-0026-0008
Situs: 709 SETTLEMENT ST CEDAR PARK TX 78613
Legal Description: QUEST VILLAGE SEC 8, BLOCK E, LOT 26

LANDO SCOTT M & MELISSA M
709 SETTLEMENT ST
CEDAR PARK TX 78613-7197

**THESE ARE YOUR CURRENT EXEMPTIONS:**

| Code | Exemption Type |
|---|---|
| HS | Homestead |

This is the proposed value that your property taxes will be based on for the year 2005.
Protest deadline: May 31, 2005

| YEAR | PERSONAL PROPERTY | LAND MARKET | LAND AG USE | STRUCTURES or IMPROVEMENTS | TOTAL Appraised Value |
|---|---|---|---|---|---|
| 2004 | 0 | 30,000 | 0 | 126,188 | 156,188 |
| 2005 | 0 | 30,000 | 0 | 127,424 | 157,424 |

| CAP ADJUSTMENT | 0 |
|---|---|
| TOTAL ASSESSED VALUE | 157,424 |

The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing bodies of each of these taxing units decide whether or not tax rates will increase and the appraisal district determines the value of property. Taxing units estimated taxes may not reflect over-65 and/or disabled persons tax ceilings and transfers and may be subject to adjustment. **Please contact your taxing units for tax ceiling information.**

*If you disagree with the proposed value or any other action the appraisal district may have taken on your property, please come to our office prior to the deadline indicated on this notice to discuss your property concerns with our staff. If you are unable to resolve the situation with the appraisal district, you have the right to file a protest and receive a hearing with the Appraisal Review Board (ARB).*

**Your protest must be postmarked by the US Postal Service or hand-delivered to our office at the above address by:** May 31, 2005

| Last Year's Taxable Value | Taxing Unit | Exemption Amount | This Year's Taxable Value | Last Year's Tax Rate | Estimated Taxes |
|---|---|---|---|---|---|
| 156,188 | City of Cedar Park | 0 | 157,424 | 0.48807000 | 768.34 |
| 156,188 | Williamson CO | 0 | 157,424 | 0.47885200 | 753.83 |
| 151,188 | Aus Comm Coll | 5,000 | 152,424 | 0.09000000 | 137.18 |
| 153,188 | Wmsn CO FM/RD | 3,000 | 154,424 | 0.03336500 | 51.52 |
| 141,188 | Leander ISD | 15,000 | 142,424 | 1.79000000 | 2,549.39 |
| 156,188 | Upper Brshy Cr WC and ID 1A | 0 | 157,424 | 0.02000000 | 31.48 |
| | TOTAL ESTIMATED TAXES: | | | | 4,291.74 |

The ARB will begin hearings on June 1, 2005. The form below may be used to file your written protest.

NO FAXED OR EMAILED PROTESTS ACCEPTED   **Notice of Protest**   FILE YOUR PROTEST BY   May 31, 2005

**Step 1:** Name and Address
Quick Ref ID: R399126
LANDO SCOTT M & MELISSA M
709 SETTLEMENT ST
CEDAR PARK, TX 78613

*PLEASE PROVIDE CHANGE OF MAILING ADDRESS FOR MAILING APPOINTMENT NOTIFICATION, IF NEEDED.*
❏ CHECK HERE IF NEW MAILING ADDRESS IS A PERMANENT CHANGE TO YOUR RECORDS

**Step 3:** Check Specific Reasons For Your

❏ 1. Value is over market value.

❏ 2. Exemption was denied, modified, or cancelled.

❏ 3. Change in use of land appraised as ag-use, open-space, or timberland.

❏ 4. Ag-use, open-space, or other special

PLEASE SEE OTHER SIDE OF FORM FOR MORE OPTIONS IF NEEDED

**Step 2:** Describe the property:
QUEST VILLAGE SEC 8, BLOCK E, LOT 26

Home Phone Number: _____
Daytime Phone Number: _____

**Step 4:** Please use space provided on back, or attach extra pages to give facts that may help resolve your case.

WHAT DO YOU THINK THIS PROPERTY'S MARKET VALUE WAS ON JANUARY 1, 2005?
$

Owner/Agent Signature _____   Date _____

(If agent attach Appointment of Agent form)