IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 FEB 26  PM 3: 20
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY

| | |
|---|---|
| SCOTT M. LANDO AND MELISSA M. LANDO, | § § |
| PLAINTIFF, | § § |
| V. | §   CAUSE NO. 1:19-CV-1019-LY |
| | § |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK, N.A., AS TRUSTEE FOR MLMI 2005-A8, | § § § § |
| DEFENDANT. | § |

## **FINAL JUDGMENT**

Before the court is the above entitled cause of action. On February 25, 2021, the parties filed an Agreed Motion for Entry of Consent Order (Doc. #17), which the court granted by separate order. Having resolved all claims and causes of action in this case, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _26th_ day of February, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE